1  Christopher G. Renner (*Admitted Pro Hac Vice*)
2  cgrenner@dhillonlaw.com
   Jonathan M. Shaw (*Admitted Pro Hac Vice*)
3  jshaw@dhillonlaw.com
4  Andrew K. Mann (*Admitted Pro Hac Vice*)
   akmann@dhillonlaw.com
5  Domenic Aulisi (*Admitted Pro Hac Vice*)
6  daulisi@dhillonlaw.com
   Dhillon Law Group Inc.
7  2121 Eisenhower Avenue, Suite 608
8  Alexandria, VA 22314
   (571) 430-2240 (voice and fax)
9
10 Brandon Q. Tran (CA Bar No. 223435)
   btran@dhillonlaw.com
11 4675 MacArthur Court, Suite 1410
12 Newport Beach, CA 92660
   (949) 340-1968 (voice and fax)
13
14 *Attorneys for Plaintiff* **The PLS.com, LLC**

15         **IN THE UNITED STATES DISTRICT COURT**
           **FOR CENTRAL DISTRICT OF CALIFORNIA**
16              **WESTERN DIVISION – LOS ANGELES**
17

| The PLS.com, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>The National Association of Realtors,<br><br>Defendant. | Case No.: 2:25-cv-05971-ODW-MAR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS COMPLAINT (L.R. 8.3)**<br><br>Complaint Served: July 9, 2025<br>Current Response Date: July 30, 2025<br>New Response Date: August 29, 2025 |
|---|---|

1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [L.R. 8.3]**

Plaintiff The PLS.com, LLC ("Plaintiff"), and Defendant National Association of Realtors ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint on July 1, 2025 [ECF No. 1];

WHEREAS, Plaintiff served the Complaint on Defendant on July 9, 2025;

WHEREAS, the current deadline for Defendant to respond to the Complaint is July 30, 2025;

WHEREAS, Defendant is in the process of reviewing the matter and requires additional time to prepare its response;

WHEREAS, Defendant has not sought any prior extensions of time to respond to Plaintiff's Complaint;

WHEREAS, the extension sought is not more than 30 days; and

NOW THEREFORE, Plaintiff and Defendant agree as follows:

The deadline for Defendant to respond to the Complaint is extended to, and including, August 29, 2025.

IT IS SO STIPULATED.

Date: July 21, 2025           **DHILLON LAW GROUP INC.**


By: */s/ Christopher G. Renner*
      Christopher G. Renner
Attorneys for Plaintiff The PLS.com, LLC


Date: July 21, 2025           **MASSEY & GAIL, LLP**


By: */s/ Matthew M. Collette*
      Matthew M. Collette
Attorneys for Defendant The National Association of Realtors

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT [L.R. 8.3]