Christopher G. Renner (*Admitted Pro Hac Vice*)
cgrenner@dhillonlaw.com
Jonathan M. Shaw (*Admitted Pro Hac Vice*)
jshaw@dhillonlaw.com
Andrew K. Mann (*Admitted Pro Hac Vice*)
akmann@dhillonlaw.com
Domenic Aulisi (*Admitted Pro Hac Vice*)
daulisi@dhillonlaw.com
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
(571) 430-2240 (voice and fax)

Brandon Q. Tran (CA Bar No. 223435)
btran@dhillonlaw.com
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
(949) 340-1968 (voice and fax)

*Attorneys for Plaintiff* The PLS.com, LLC

**IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION – ORANGE COUNTY**

| | |
|---|---|
| The PLS.com, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>The National Association of Realtors,<br><br>Defendant. | Case No.: 2:25-cv-05971-JWH-E<br><br>**NOTICE OF JUDGE JOHN W. HOLCOMB'S STANDING ORDER** |

1

**NOTICE OF JUDGE JOHN W. HOLCOMB'S STANDING ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Attached hereto as Exhibit A is Judge John W. Holcomb's standing order [ECF No. 34], which the Court instructed Plaintiff The PLS.com, LLC to serve.

Date:  August 6, 2025               **DHILLON LAW GROUP INC.**


By:*/s/ Christopher G. Renner*

Christopher G. Renner
Jonathan M. Shaw
Andrew K. Mann
Brandon Q. Tran
Domenic Aulisi

*Attorneys for Plaintiff The PLS.com, LLC*

2

**NOTICE OF JUDGE JOHN W. HOLCOMB'S STANDING ORDER**