Leonard A. Gail
lgail@masseygail.com
Suyash Agrawal
sagrawal@masseygail.com
Peter M. Stasiewicz
pstasiewicz@masseygail.com
Constance Grieves (*PHV pending*)
cgrieves@masseygail.com
William K. French
wfrench@masseygail.com
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL  60602
Tel: (312) 283-1590

Matthew M. Collette
mcollette@masseygail.com
Kylie C. Kim
kkim@masseygail.com
MASSEY & GAIL LLP
1000 Main Avenue SW, Suite 450
Washington, D.C. 20024
Tel: (202) 652-4511

Daniel H. Handman
dhandman@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
1299 Ocean Avenue, Suite 750
Santa Monica, CA  90401
Tel: (310) 255-0705

*Attorneys for Defendant National Association of REALTORS®*

*Motion Hearing: August 28, 2026, 9:30 A.M.*
*Fact Discovery Cut-Off: October 23, 2026*
*Pretrial Conference: September 10, 2027*
*Trial date: September 27, 2027*

**IN THE UNITED STATES DISTRICT COURT
FOR CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

NOTICE OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S MOTION TO COMPEL THIRD PARTY UMRO REALTY CORP. D/B/A THE AGENCY TO PRODUCE DOCUMENTS

| | |
|---|---|
| The PLS.com, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>The National Association of Realtors,<br><br>        Defendant. | Case No.: 2:25-cv-05971-JWH-E<br><br>**DISCOVERY        MATTER**<br><br>**NOTICE OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S    MOTION    TO COMPEL THIRD PARTY UMRO REALTY    CORP.    D/B/A    THE AGENCY    TO    PRODUCE DOCUMENTS**<br><br>**HEARING DATE: AUGUST 28, 2026, 9:30 A.M.** |

# NOTICE OF MOTION

Pursuant to Local Rule 37-3 of the Local Civil Rules for the Central District of California, Defendant The National Association of REALTORS® ("NAR") notices a hearing date of Friday, August 28, 2026, at 9:30 A.M., before the Honorable Charles F. Eick in connection with NAR's motion to compel third party UMRO Realty Corp. d/b/a/ The Agency ("UMRO") to produce documents in response to NAR's subpoena.

NAR's and UMRO's Local Rule 37 joint stipulation concerning the motion to compel is filed contemporaneously herewith. The deadline for the parties to file supplemental memoranda of law, if any, is August 14, 2026, pursuant to Local Rule 37-2.3.

1

NOTICE OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S MOTION TO COMPEL THIRD PARTY UMRO REALTY CORP. D/B/A THE AGENCY TO PRODUCE DOCUMENTS

Dated: August 7, 2026

By: /s/ Constance Grieves
Leonard A. Gail
lgail@masseygail.com
Suyash Agrawal
sagrawal@masseygail.com
Peter M. Stasiewicz
pstasiewicz@masseygail.com
Constance Grieves (*PHV pending*)
cgrieves@masseygail.com
William K. French
wfrench@masseygail.com
**MASSEY & GAIL LLP**
50 East Washington Street, Suite 400
Chicago, IL  60602
Tel: (312) 283-1590

Matthew M. Collette
mcollette@masseygail.com
Kylie C. Kim
kkim@masseygail.com
**MASSEY & GAIL LLP**
The Wharf
1000 Main Avenue SW, Suite 450
Washington, D.C. 20024
Tel: (202) 652-4511

Daniel H. Handman
dhandman@hkemploymentlaw.com
**HIRSCHFELD KRAEMER LLP**
1299 Ocean Avenue, Suite 750
Santa Monica, CA  90401
Telephone: (310) 255-0705

*Attorneys for Defendant National Association of REALTORS®*

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I caused a true and correct copy of the foregoing to be served by electronic mail on the following counsel of record for PLS and counsel for UMRO.

Christopher G. Renner
cgrenner@dhillonlaw.com
Jonathan M. Shaw
jshaw@dhillonlaw.com
Andrew K. Mann
akmann@dhillonlaw.com
Domenic Aulisi
daulisi@dhillonlaw.com
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Brandon Q. Tran
btran@dhillonlaw.com
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

*Attorneys for Plaintiff The PLS.com, LLC*

Brandon K. Braga
brandon.braga@theagencyre.com
Kristin A. Regan
kregan@theagencyre.com
UMRO Realty Corp. d/b/a The Agency
331 Foothill Road, Suite 100
Beverly Hills, California 90210

*Attorneys for Third Party UMRO Realty Corp. d/b/a The Agency*

Dated: August 7, 2026

/s/ Constance Grieves
Constance Grieves

---

NOTICE OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S MOTION TO COMPEL
THIRD PARTY UMRO REALTY CORP. D/B/A THE AGENCY TO PRODUCE DOCUMENTS