Leonard A. Gail
lgail@masseygail.com
Suyash Agrawal
sagrawal@masseygail.com
Peter M. Stasiewicz
pstasiewicz@masseygail.com
Constance Grieves *(PHV pending)*
cgrieves@masseygail.com
William K. French
wfrench@masseygail.com
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL  60602
Tel: (312) 283-1590

Matthew M. Collette
mcollette@masseygail.com
Kylie C. Kim
kkim@masseygail.com
MASSEY & GAIL LLP
1000 Main Avenue SW, Suite 450
Washington, D.C. 20024
Tel: (202) 652-4511

Daniel H. Handman
dhandman@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
1299 Ocean Avenue, Suite 750
Santa Monica, CA  90401
Tel: (310) 255-0705

***Attorneys for Defendant National Association of REALTORS®***

*Motion Hearing: August 28, 2026, 9:30 A.M.*
*Fact Discovery Cut-Off: October 23, 2026*
*Pretrial Conference: September 10, 2027*
*Trial date: September 27, 2027*

**IN THE UNITED STATES DISTRICT COURT**
**FOR CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

DECLARATION IN SUPPORT OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S
MOTION TO COMPEL

| | |
|---|---|
| The PLS.com, LLC, a California limited liability company,<br><br>     Plaintiff,<br>vs.<br><br>The National Association of Realtors,<br><br>    Defendant. | Case No.: 2:25-cv-05971-JWH-E<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION IN SUPPORT OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S MOTION TO COMPEL**<br><br>**HEARING DATE: AUGUST 28, 2026, 9:30 A.M.** |

## <u>DECLARATION OF WILLIAM K. FRENCH</u>

I submit this declaration in support of Defendant The National Association of REALTORS® ("NAR") in connection with the joint stipulation that NAR and third party UMRO Realty Corp. d/b/a/ The Agency ("UMRO") filed pursuant to Local Rule 37 of the Local Civil Rules for the Central District of California. I am counsel for NAR and make this declaration based on my personal knowledge.

1.      Attached as Exhibit 1 is the scheduling order for this case, Dkt. 51.

2.      Attached as Exhibit 2 is NAR's November 12, 2025, document subpoena to UMRO, which is the subject of the joint stipulation.

3.      Attached as Exhibit 3 is UMRO's December 23, 2025, response to NAR's subpoena.

4.      Attached as Exhibit 4 is NAR's April 9, 2026, letter to UMRO requesting a meet-and-confer concerning NAR's subpoena and UMRO's responses and objections.[1]

5.      Attached as Exhibit 5 is the first version of the draft joint stipulation, which NAR sent to UMRO on July 2, 2026.

---

[1] Because a small portion of this letter reflects information produced in this case that is marked Confidential or Highly Confidential, the parties have added minor redactions to the exhibit. If the Court would like to see a complete version of the letter, the parties will submit one under seal.

1

DECLARATION IN SUPPORT OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S
MOTION TO COMPEL

6.      Attached as Exhibit 6 is the July 9, 2026, letter that UMRO sent NAR concerning the subpoena and the parties' subsequent communications.[2]

7.      Attached as Exhibit 7 is the July 17, 2026, letter that UMRO sent NAR following a second meet-and-confer about the subpoena.

8.      Attached as Exhibit 8 is the first amended complaint from *Western World Insurance Co. v. UMRO Realty Corp.*, No. 18-cv-05594 (C.D. Ca. Sept. 17, 2018), Dkt. 33.

9.      Attached as Exhibit 9 is a thread of email correspondence between the parties concerning NAR's subpoena to UMRO.

10.      Attached as Exhibit 10 is another thread of email correspondence between the parties concerning NAR's subpoena to UMRO.

11.      Attached as Exhibit 11 is a page from UMRO's website about the launch of PLS, The Agency Team, *The PLS.com Launches First Private, National, Off-Market Listing Platform*, THE AGENCY JOURNAL (Aug. 5, 2017), https://blog.theagencyre.com/2017-08-theplscom-launches-first-private-national-off-market-listing-platform/.

---

[2] Because UMRO sent its letter as a Microsoft Word document with the date set as a field that automatically updates each time the document is opened, NAR switched the date to static text to reflect when NAR received the letter.

DECLARATION IN SUPPORT OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S MOTION TO COMPEL

12.    On July 16, 2026, my colleague, Morgan Meyer, and I participated in a meet-and-confer with Kristin Regan, counsel for UMRO, about UMRO's responses to NAR's subpoena.

13.    From the start, Ms. Regan's tone on the call was combative and unprofessional.

14.    For example, when I asked Ms. Regan to provide clarity on UMRO's position that reviewing NAR's proposed search terms would be unduly burdensome, such as by describing the scope of documents at issue, Ms. Regan would not answer my questions.

15.    With respect to NAR's request for documents related to allegedly fraudulent transactions involving Mauricio Umansky and UMRO, I asked Ms. Regan whether she would be agreeable to excluding from the scope of the request communications with Mr. Umansky's and UMRO's counsel in the underlying litigations. I believed that this would help resolve the concern raised in UMRO's July 9 letter about the burden of reviewing "litigation files," and I had thus proposed it in an email on July 14 (two days before the meet-and-confer).

16.    Ms. Regan refused to answer this question, repeating that the July 9 letter "spoke for itself." When I responded that we were attempting to address one of the concerns from the letter, Ms. Regan still refused to answer.

DECLARATION IN SUPPORT OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S MOTION TO COMPEL

17. Ms. Regan repeatedly stated during the call that she would not "answer our questions," that the July 9 letter "spoke for itself," that UMRO would not "do [our] job for [us]," that we had already received documents from other parties, that UMRO is a third party, and that we had been harassing UMRO through our document requests and communication efforts.

18. Before the thirty minutes we reserved for the meet-and-confer had expired, Ms. Regan abruptly disconnected from the call.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2026.

*/s/ William K. French*
William K. French

4

DECLARATION IN SUPPORT OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S MOTION TO COMPEL

Dated: August 7, 2026

By: */s/ William K. French*

Leonard A. Gail
lgail@masseygail.com
Suyash Agrawal
sagrawal@masseygail.com
Peter M. Stasiewicz
pstasiewicz@masseygail.com
Constance Grieves *(PHV pending)*
cgrieves@masseygail.com
William K. French
wfrench@masseygail.com
**MASSEY & GAIL LLP**
50 East Washington Street, Suite 400
Chicago, IL  60602
Tel: (312) 283-1590

Matthew M. Collette
mcollette@masseygail.com
Kylie C. Kim
kkim@masseygail.com
**MASSEY & GAIL LLP**
The Wharf
1000 Main Avenue SW, Suite 450
Washington, D.C. 20024
Tel: (202) 652-4511

Daniel H. Handman
dhandman@hkemploymentlaw.com
**HIRSCHFELD KRAEMER LLP**
1299 Ocean Avenue, Suite 750
Santa Monica, CA  90401
Telephone: (310) 255-0705

***Attorneys for Defendant National Association of REALTORS®***

DECLARATION IN SUPPORT OF DEFENDANT THE NATIONAL ASSOCIATION OF REALTORS'S
MOTION TO COMPEL

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I caused a true and correct copy of the foregoing to be served by electronic mail on the following counsel of record for PLS and counsel for UMRO.

Christopher G. Renner
cgrenner@dhillonlaw.com
Jonathan M. Shaw
jshaw@dhillonlaw.com
Andrew K. Mann
akmann@dhillonlaw.com
Domenic Aulisi
daulisi@dhillonlaw.com
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314

Brandon Q. Tran
btran@dhillonlaw.com
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660

***Attorneys for Plaintiff The PLS.com, LLC***

Brandon K. Braga
brandon.braga@theagencyre.com
Kristin A. Regan
kregan@theagencyre.com
UMRO Realty Corp. d/b/a The Agency
331 Foothill Road, Suite 100
Beverly Hills, California 90210

***Attorneys for Third Party UMRO Realty Corp. d/b/a The Agency***

Dated: August 7, 2026

/s/ *Constance Grieves*
Constance Grieves