UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 25-5971-JWH(Ex) | Date | August 19, 2026 |
| Title | THE PLS.COM, LLC v. THE NATIONAL ASSOCIATION OF REALTORS | | |

Present: The Honorable Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:** None

**Attorneys Present for Defendants:** None

**Proceedings:** **(IN CHAMBERS)**

Nonparty Umro Realty Corp.'s "Objection and Request to Strike The National Association Realtors's Supplemental Memorandum, etc.," filed August 18, 2026, is denied as moot. See Minute Order filed April 18, 2026.

cc: Judge Holcomb
All Counsel of Record

Initials of Deputy Clerk bm