Leonard A. Gail
lgail@masseygail.com
Suyash Agrawal
sagrawal@masseygail.com
Constance Grieves
cgrieves@masseygail.com
Peter M. Stasiewicz
pstasiewicz@masseygail.com
William K. French
wfrench@masseygail.com
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel: (312) 283-1590

Matthew M. Collette
mcollette@masseygail.com
Kylie C. Kim
kkim@masseygail.com
MASSEY & GAIL LLP
1000 Main Avenue SW, Suite 450
Washington, D.C. 20024
Tel: (202) 652-4511

Daniel H. Handman
dhandman@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
1299 Ocean Avenue, Suite 750
Santa Monica, CA 90401
Tel: (310) 255-0705

***Attorneys for the National Association of*** REALTORS®

*Motion Hearing: October 2, 2026, 9:00AM*
*Fact Discovery Cut-Off: October 23, 2026*
*Pretrial Conference: September 10, 2027*
*Trial date: September 27, 2027*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION—ORANGE COUNTY**

| | |
|---|---|
| The PLS.com, LLC, a California limited company,<br><br>Plaintiff,<br><br>vs.<br><br>THE NATIONAL ASSOCIATION OF REALTORS,<br><br>Defendant. | Case No. 2:25-cv-05971-JWH-E<br><br>**STIPULATION FOR ENTRY OF AN ORDER ALLOWING SEVEN OUT OF TIME DEPOSITIONS**<br><br>Hon. John W. Holcomb<br>Courtroom 9D, 9th Floor |

Christopher G. Renner (*Pro Hac Vice*)
cgrenner@dhillonlaw.com
Jonathan M. Shaw (*Pro Hac Vice*)
jshaw@dhillonlaw.com
Andrew K. Mann (*Pro Hac Vice*)
akmann@dhillonlaw.com
Domenic P. Aulisi (*Pro Hac Vice*)
daulisi@dhillonlaw.com
**DHILLON LAW GROUP INC.**

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
(571) 430-2240 (voice and fax)
Brandon Q. Tran (CA Bar No. 223435)
btran@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
(949) 340-1968 (voice and fax)

*Attorneys for Plaintiff*
*The PLS.com LLC*

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties that:

WHEREAS, on October 15, 2025, the Court entered an order pursuant to Federal Rule of Civil Procedure 16(b) setting various dates and deadlines in this action, including a Fact Discovery Cut-Off of Friday, October 23, 2026 (Dkt. 51);

WHEREAS, NAR has moved, unopposed, pursuant to Federal Rule of Civil Procedure 16(b)(4) to modify the October 2025 scheduling order to extend fact discovery by four weeks to November 20, 2026, and allow for up to seven third-party depositions to be taken after that date but no later than December 31, 2026;

WHEREAS, the parties have engaged in extensive written discovery and document productions and worked diligently to complete oral discovery but more than 20 depositions, many third-parties with whom scheduling has been difficult, have not yet been scheduled;

WHEREAS, good cause exists to allow up to seven third-party depositions to be taken after the end of fact discovery but no later than December 31, 2026;

Therefore, the parties jointly request that the Court enter the attached Proposed Order implementing this Stipulation.

DATED: August 31, 2026

Daniel H. Handman
HIRSCHFELD KRAEMER LLP
1299 Ocean Avenue, Suite 750
Santa Monica, CA 90401
Telephone: (310) 255-0705
dhandman@hkemploymentlaw.com

Respectfully submitted,

By: */s/ Peter M. Stasiewicz*

Leonard A. Gail
lgail@masseygail.com
Suyash Agrawal
sagrawal@masseygail.com
Constance Grieves
cgrieves@masseygail.com
Peter M. Stasiewicz
pstasiewicz@masseygail.com
William K. French

wfrench@masseygail.com
**MASSEY & GAIL LLP**
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel: (312) 283-1590

Matthew M. Collette
mcollette@masseygail.com
Kylie C. Kim
kkim@masseygail.com
**MASSEY & GAIL LLP**
The Wharf
1000 Main Avenue SW, Suite 450
Washington, D.C. 20024
Tel: (202) 652-4511

By: /s/ *Christopher G. Renner*
Christopher G. Renner (*Pro Hac Vice*)
cgrenner@dhillonlaw.com
Jonathan M. Shaw (*Pro Hac Vice*)
jshaw@dhillonlaw.com
Andrew K. Mann (*Pro Hac Vice*)
akmann@dhillonlaw.com
Domenic P. Aulisi (*Pro Hac Vice*)
daulisi@dhillonlaw.com
**DHILLON LAW GROUP INC.**

2121 Eisenhower Avenue, Suite 608
Alexandria, VA 22314
(571) 430-2240 (voice and fax)
Brandon Q. Tran (CA Bar No. 223435)
btran@dhillonlaw.com
**DHILLON LAW GROUP INC.**
4675 MacArthur Court, Suite 1410
Newport Beach, CA 92660
(949) 340-1968 (voice and fax)

**Commented [BB1]:** Do we need to state with permission?

**Commented [CG2R1]:** I think we're okay with the signature attestation but defer to you.

*Attorneys for Plaintiff*
*The PLS.com LLC*

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: August 31, 2026

Daniel H. Handman
HIRSCHFELD KRAEMER LLP
1299 Ocean Avenue, Suite 750
Santa Monica, CA 90401
Telephone: (310) 255-0705
dhandman@hkemploymentlaw.com

Respectfully submitted,

By: */s/ Peter M. Stasiewicz*

Leonard A. Gail
lgail@masseygail.com
Suyash Agrawal
sagrawal@masseygail.com
Constance Grieves
cgrieves@masseygail.com
Peter M. Stasiewicz
pstasiewicz@masseygail.com
William K. French
wfrench@masseygail.com
**MASSEY & GAIL LLP**
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel: (312) 283-1590

Matthew M. Collette
mcollette@masseygail.com
Kylie C. Kim
kkim@masseygail.com
**MASSEY & GAIL LLP**
The Wharf
1000 Main Avenue SW, Suite 450
Washington, D.C. 20024
Tel: (202) 652-4511