**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

THE PLS.COM, LLC, a California limited company,

Plaintiff,

v.

THE NATIONAL ASSOCIATION OF REALTORS,

Defendant.

Case No. 2:25-cv-05971-JWH-E

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND FACT DISCOVERY CUT-OFF AND ALLOW SEVEN OUT-OF-TIME DEPOSITIONS**

The Court has received and reviewed the Unopposed Motion to Extend Fact Discovery Cut-Off and Allow Seven Out-of-Time Depositions. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Unopposed Motion is **GRANTED**.
2. Fact Discovery Cut-Off is **EXTENDED** from October 23, 2026, to November 20, 2026.
3. Expert Initial Disclosure deadline is **EXTENDED** from January 8, 2027, to January 22, 2027.
4. Expert Rebuttal Disclosure deadline is **EXTENDED** from March 5, 2027, to March 19, 2027.
5. Expert Discovery Cut-Off is **EXTENDED** from April 30, 2027, to May 14, 2027.

**IT IS SO ORDERED.**

Dated: September 3, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE