**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The PLS.com, LLC<br><br>Plaintiff(s)<br>v.<br><br>The National Association of Realtors<br><br>Defendant(s) | CASE NUMBER<br>2:25-cv-05971-JWH-E<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒ The Court hereby orders that the request of:

The National Association of Realtors ☐ Plaintiff ☒ Defendant ☐ Other ______________
*Name of Party*

☒ to substitute Joshua C. Stokes who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

Sklar Kirsh, LLP, 1850 Sawtelle Boulevard, Suite 300
*Street Address*

Los Angeles, CA 90025
*City, State, Zip*

jstokes@sklarkirsh.com
*E-Mail Address*

(310) 845-6416
*Telephone Number*

(310) 929-4469
*Fax Number*

220214
*State Bar Number*

as attorney of record instead of Daniel Harris Handman of Hirschfeld Kraemer LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of ______________
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for ______________

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated ______________

______________
U. S. District Judge/U.S. Magistrate Judge