Douglas B. Vanderpool (SBN 162857)
doug@vanderpool-law.com
Michael J. Fairchild (SBN 225946)
mike@vanderpool-law.com
THE VANDERPOOL LAW FIRM
330 Main Street, Suite 203-B
Seal Beach, CA 90740
Telephone: (562) 431-6900

Christopher G. Renner (pro hac vice)
chris@rennershawlaw.com
D.C. Bar No. 1025699
Jonathan M. Shaw (pro hac vice)
jonathan@rennershawlaw.com
Virginia Bar No. 98497
Andrew K. Mann (pro hac vice)
drew@rennershawlaw.com
Virginia Bar No. 77021
RENNER SHAW MANN, PLLC
9706 Rolling Ridge Dr.
Fairfax Station, VA 22039
Phone: (703) 206-6136

Attorneys for Plaintiff The PLS.com, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

The PLS.com, LLC, a California limited liability company,

Plaintiff(s),

v.

The National Association of Realtors,

Defendant(s).

Case No. 2:25-cv-05971-JWH-E

**NOTICE OF LODGING OF PROPOSED G-01 ORDER**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff The PLS.com, LLC hereby lodges the accompanying proposed Form G-01 Order in connection with its Request for Approval of Substitution or Withdrawal of Counsel filed September 25, 2026 (Dkt. No. 78).

Dated: October 1, 2026

THE VANDERPOOL LAW FIRM

________*/s/Michael J. Fairchild*_____

Douglas B. Vanderpool
Michael J. Fairchild
Proposed Attorneys for Plaintiff The PLS.com, LLC