Chahira Solh (State Bar No. 248985)
CSolh@crowell.com
Eric Fanchiang (State Bar No. 317989)
EFanchiang@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

*Attorneys for Non-Parties Tracy Tutor, Josh Flagg, and Chris Cortazzo*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

The PLS.com, LLC,

Plaintiff,

v.

The National Association of Realtors,

Defendant.

Case No: 2:25-cv-05971-JWH-E

**NOTICE OF NON-PARTIES TRACY TUTOR, JOSH FLAGG, AND CHRIS CORTAZZO'S MOTION TO QUASH SUBPOENAS AND REQUEST FOR SANCTIONS AGAINST NAR**

Hon. Charles F. Eick

Courtroom: 750, 7th Floor
Hearing Date: November 20, 2026
Hearing Time: 9:30 am

Discovery Cutoff: November 20, 2026
Pretrial Conference Date: September 10, 2027
Trial Date: September 27, 2027

PLEASE TAKE NOTICE that based upon 1) the accompanying Declaration of Eric Fanchiang and the exhibits attached to the declaration, 2) the arguments in the accompanying Joint Stipulation, and 3) all prior proceedings, Non-Parties Tracy Tutor, Josh Flagg, and Chris Cortazzo (the "Compass-Affiliated Agents"), will move this Court on November 20, 2026 for an Order quashing the subpoenas issued by the National Association of Realtors ("NAR") in connection with the case *ThePLS .com, LLC. v. The National Association of Realtors*, pending in the Central District of California, Case No. 2:25-cv-05971 (the "Subpoenas") pursuant to Fed. R. Civ. P. 45(d)(1); (ii) awarding the Compass-Affiliated Agents their reasonable expenses and attorneys' fees incurred in responding to the Subpoenas pursuant to Fed. R. Civ. P. 45(d)(1); and (iii) awarding the Compass-Affiliated Agents any other and further relief as the Court deems appropriate. The Compass-Affiliated Agents respectfully request that the Court hold oral argument on this Motion.

Dated: October 30, 2026

CROWELL & MORING LLP

By: */s/ Chahira Solh*
Chahira Solh

*Attorney for Non-Parties Tracy Tutor, Josh Flagg, and Chris Cortazzo*