# EXHIBIT 24

# Newsroom

press@compass.com



April 10, 2026

# Compass Named Top U.S. Brokerage for the Fifth Consecutive Year

## Compass Real Estate Professionals Closed $262 Billion in Sales Volume in 2025

**New York, NY - April 10, 2026 –** Compass, the largest residential real estate brokerage in the United States, announced it has been named the #1 independent brokerage in the United States by sales volume for the fifth year in a row, according to the RealTrends Verified Brokerage Rankings.

Some of the most talented real estate professionals in the industry fueled the firm’s success, surpassing $262 billion in sales volume across 245,173 transactions in 2025 and delivering elevated service to homeowners and homebuyers in one of the most challenging housing markets ever.

"This ranking reflects the real estate professionals who have helped us build a company with a distinct identity defined by being both big and boutique,” said Compass President Neda Navab. ”While national scale and a broad network of top talent have fueled our growth, it continues to be our agents' focus on relationships and hyper-local expertise in their markets that truly differentiates Compass."

The RealTrends Verified Brokerage Rankings represent the most comprehensive and respected real estate brokerage performance analysis in

the United States.

For more information on how Compass empowers agents and homeowners, visit Compass.com/newsroom

## About Compass

*Compass is a leading tech-enabled real estate services company that includes the largest residential real estate brokerage in the United States by sales volume. Founded in 2012 and based in New York City, Compass provides an end-to-end platform that empowers its residential real estate agents at its owned-brokerage to deliver exceptional service to seller and buyer clients. The platform includes an integrated suite of cloud-based software for customer relationship management, marketing, client service, brokerage services, and other critical functionality, all custom-built for the real estate industry. Compass agents utilize the platform to grow their business, save time, and manage their business more efficiently. The Compass network includes Christie's International Real Estate, the world's premier global luxury real estate brand with over 100 independently owned brokerage Affiliates in 50 countries and territories. For more information on how Compass empowers real estate agents, one of the largest groups of small business owners, please visit www.compass.com.*

Return to all Press Releases

## More Press Releases

COMPASS

COMPASS

## Compass Sues Nation's Second Largest MLS to Give Homeowners the Freedom to Publicly Market Their Own Homes on Their Own Terms

October 16, 2026

COMPASS

## Compass, Inc. Provides Board Update and Appoints Technology Executive Sissie Hsiao to Its Board of Directors

October 14, 2026

COMPASS

## Compass Unveils 'See It First™' in Its Biggest Compass.com Redesign in a Decade, Giving Buyers Early Access to More Homes

September 22, 2026

## Company

About Us

Team

Sales Leadership

Investors

Join as an agent

Careers

Contact Us

Offices

Newsroom

## Explore

Concierge

Private Exclusives

See It First™ on Compass

Compass Coming Soon

3-Phased Marketing Strategy

Market Outlook

Compass One

Compass Luxury

Find an Agent

Mortgage Calculator

Compass Academy

Compass Plus

Compass Cares

Diversity & Inclusion

Neighborhood Guides

New Development

Commercial

Sports & Entertainment

Military

Ranch and Land

External Suppliers Site

Recently Sold Homes

Sitemap

## Mobile Apps

Do Not Sell or Share My Personal Information, Terms of Service, Privacy Center, Cookie Preferences, Scam Avoidance, Responsible Disclosure, Compass is an E-Verify employer, Notice for California Applicants, California COVID-19 Rules of Entry, and Your CA Privacy Rights

Source: April 2025 RealTrends, Closed Residential Sales Volume 2024

COMPASS, the Compass logo, and other various trademarks, logos, designs, and slogans are the registered and unregistered trademarks of Compass, Inc. dba Compass in the U.S. and/or other countries.

Corporate Responsibility, Privacy & Legal Notices: Compass is a licensed real estate broker. Compass is licensed to do business as: Compass in Arizona, California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Minnesota, Michigan, Mississippi, Nevada, New Jersey, New York, North Carolina, Rhode Island, Texas, Virginia, and Washington; Compass RE in Delaware, Idaho, Pennsylvania and Tennessee; Compass Real Estate in Washington, DC, Maine, New Hampshire, Vermont, and Wyoming; Compass Realty Group in Missouri and Kansas; and Compass Carolinas, LLC in South Carolina. California License # 01991628, 1527235, 1527365, 1356742, 1443761, 1997075, 1935359, 1961027, 1842987, 1869607, 1866771, 1527205, 1079009, 1272467. No guarantee, warranty or representation of any kind is made regarding the completeness or accuracy of descriptions or measurements (including square footage measurements and property condition), such should be independently verified, and Compass expressly disclaims any liability in connection therewith. No financial or legal advice provided. Equal Housing Opportunity. © Compass 2026. 212-913-9058.

Texas Real Estate Commission Information About Brokerage Services
Texas Real Estate Commission Consumer Protection Notice

New York State Fair Housing Notice
New York State Standard Operating Procedures
Notice of Reasonable Accommodations for Prospective Tenants

Compass does not discriminate against voucher holders pursuant to applicable law and all lawful sources of income are accepted.

[1] Rocket Mortgage, LLC | NMLS #3030; NMLSConsumerAccess.org.
Licensed in 50 states.