Leonard A. Gail
lgail@masseygail.com
Suyash Agrawal
sagrawal@masseygail.com
Constance Grieves
cgrieves@masseygail.com
Peter M. Stasiewicz
pstasiewicz@masseygail.com
William K. French
wfrench@masseygail.com
MASSEY & GAIL LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Tel: (312) 283-1590

Matthew M. Collette
mcollette@masseygail.com
MASSEY & GAIL LLP
1000 Main Avenue SW, Suite 450
Washington, D.C. 20024
Tel: (202) 652-4511

Joshua C. Stokes (State Bar No. 220214)
jstokes@sklarkirsh.com
Lilian M. Loh (State Bar No. 296196)
lloh@sklarkirsh.com
Sklar Kirsh LLP
1850 Sawtelle Boulevard, Suite 300
Los Angeles, CA 90025
Tel: (310) 845-6416

*Attorneys for Defendant The National Association of REALTORS®*

Chahira Solh (State Bar No. 248985)
CSolh@crowell.com
Eric Fanchiang (State Bar No. 317989)
EFanchiang@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

*Attorneys for Non-Parties Tracy Tutor, Josh Flagg, and Chris Cortazzo*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

The PLS.com, LLC,

Plaintiff,

v.

The National Association of Realtors,

Defendant.

Case No: 2:25-cv-05971-JWH-E

**[DISCOVERY MATTER] JOINT STIPULATION TO STAY NON-PARTIES TRACY TUTOR, JOSH FLAGG, AND CHRISTOPHER CORTAZZO'S MOTION TO QUASH SUBPOENAS AND REQUEST FOR SANCTIONS AGAINST NAR**

Hon. Charles F. Eick

Courtroom: 750, 7th Floor
Hearing Date: November 20, 2026
Hearing Time: 9:30 A.M.

Discovery Cutoff: November 20, 2026
Pretrial Conference Date: September 10, 2027
Trial Date: September 27, 2027

Defendant The National Association of REALTORS® ("NAR") and Non-Parties Tracy Tutor, Josh Flagg, and Christopher Cortazzo (collectively, the "Compass-Affiliated Agents") submit this joint stipulation to stay the Compass-Affiliated Agents' Motion to Quash Subpoenas and Request for Sanctions Against NAR ("Motion to Quash"), Dkt. No. 85.

1. The Compass-Affiliated Agents filed the Motion to Quash (including the joint stipulation and supporting materials) on Friday, October 30, 2026. The Compass-Affiliated Agents and NAR requested a hearing date of November 20, 2026.

2. After the October 30 filing, NAR and the Compass-Affiliated Agents held productive conversations about resolving their disputes without court intervention. Compass, Inc. ("Compass"), which is represented by the same counsel as the Compass-Affiliated Agents, has agreed to produce certain documents. And the parties (including The PLS.com, LLC) have agreed on a deposition date for Ashton Alexander, another Compass-affiliated witness.

3. NAR and the Compass-Affiliated Agents are optimistic that these good-faith efforts will render the Motion to Quash unnecessary. Accordingly, NAR and the Compass-Affiliated Agents believe that court intervention may not be needed at this time.[1]

4. NAR and the other Compass-affiliated subpoena recipients, including Ashton Alexander, will be submitting a request to stay the briefing for the related motions currently pending in the Southern District of New York, *Alexander, et al. v. The Nat'l Ass'n of Realtors*, Case No. 1:26-mc-00525-GHW-SN (S.D.N.Y.).

5. NAR and the Compass-Affiliated Agents therefore respectfully request that this Court stay the Motion to Quash and take the November 20, 2026, hearing

[1] For the avoidance of doubt, NAR and the Compass-Affiliated Agents reserve the right to return to and seek relief from this Court in the event that they cannot resolve their disputes over NAR's document and deposition subpoenas to the Compass-Affiliated Agents.

date off the calendar. NAR and the Compass-Affiliated Agents will promptly alert this Court if their efforts to resolve their disputes without court intervention prove unsuccessful.

Dated: November 9, 2026

SKLAR KIRSH LLP

By: */s/ Joshua C. Stokes*
Joshua C. Stokes

*Attorney for Defendant The National Association of REALTORS®*

Dated: November 9, 2026

CROWELL & MORING LLP

By: */s/ Chahira Solh*
Chahira Solh

*Attorney for Non-Parties Tracy Tutor, Josh Flagg, and Chris Cortazzo*

**Filer's Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 9, 2026

SKLAR KIRSH LLP

By: */s/ Joshua C. Stokes*
Joshua C. Stokes

*Attorney for Defendant The National Association of REALTORS®*